FILED

08/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0308

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0308

---

IN RE THE MARRIAGE OF:

KAREN M. MYERS,

     Petitioner and Appellant,

                                   O R D E R

v.

ROBERT N. MYERS, JR.,

     Respondent and Cross-Appellant.

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's Opening Brief filed electronically on August 31, 2020, this Court has determined that the brief complies substantially with the Rules but requires an additional filing.

M. R. App. P. 12(4) requires that, when appellee is also a cross-appellant, the answering brief contain a cross-appeal brief. Instead of a cross-appeal brief, Appellee included a Motion to Dismiss Cross-Appeal in his answering brief.

M. R. App. P. 16(4) requires that motions to voluntarily dismiss a cross-appeal be signed by both the moving party and that party's counsel. Appellee's Opening Brief, containing the Motion to Dismiss Cross-Appeal, did not contain the signature of the moving party. M. R. App. P. 16(1) also requires that motions filed with this Court contain a statement noting whether opposing counsel has been contacted concerning the motion and whether opposing counsel objects to the motion.

The Court will accept Appellee's Opening Brief as a response to Appellant's Opening Brief but require Appellee separately to submit a Motion to Dismiss Cross-Appeal that fully complies with the Montana Rules of Appellate Procedure.

IT IS THEREFORE ORDERED that the Appellee's Answer Brief is accepted for filing, and Appellee is directed to file a separate Motion to Dismiss Cross-Appeal in the

form required by the above-referenced Rule.

The Clerk is directed to provide a true copy of this Order to and all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 31 2020